FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0741

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 23-0741

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

JOSHUA DEAN WINTON,

 Defendant and Appellant.

## **GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 30, 2024, prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 23 2024